**Order filed May 19, 2016**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-15-00854-CR**
**NO. 14-15-00855-CR**

———————

**JOHN M. ENARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1375416 & 1439251**

## CORRECTED ORDER

On April 27, 2016, this court issued an order to the trial court for amended certifications of the defendant's right to appeal and requested a supplemental clerk's record containing the amended certifications to be filed on or before May 11, 2016. As of today, the court has not received the supplemental clerk's record containing the amended certifications of the defendant's right to appeal signed May 5, 2016.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 26, 2016, containing amended certifications of the defendant's right to appeal signed May 5, 2016.


PER CURIAM